UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

U.S. DISTRICT COURT
MIDDLE GEORGIA
07 OCT 10 AM 8:53
DAVID CLERK

Jonathan Lee Riches © A/K/A
"Political Prisoner",
Plaintiff

CIVIL NO:

V.

4-07-cv-152 (CDL)

BRITNEY SPEARS,
KEVIN FEDERLINE A/K/A K-FED,
DEFENDANTS

## COMPLAINT
## "DEFENDANTS ARE MY CO-DEFENDANTS"
## TRO TEMPORARY RESTRAINING ORDER

Comes now the Plaintiff, Jonathan Lee Riches © A/K/A "Political Prisoner since Feb 25th, 2003", in pro-se, moves this Honorable court to issue a Emergency TRO Restraining order against Defendants for causing me Harm violating my civil rights and Stalking my Identity. Plaintiff prays for relief.

### 1

On May 20, 2006 - Defendants and I were featured in a CNN documentary called CNN Presents "How to rob a bank". If you watch closely, you will see Bank surveillance photos of me in a Bank of America committing Identity theft, but look closely in the background and you will see Britney Spears with a gun pointed at my back forcing me to commit fraud to get $2,500 for abortion money for Britney. I was forced against my will by Britney Spears to commit fraud and call bomb threats on Telephones by endangering my life. Britney Spears from 2001 until Feb 25th, 2003 was the mastermind of my Identity theft operation

Britney Spears gave me Patty Hearst syndrome. I had to commit fraud during the years to pay for Britneys Breast Implants, Pay for her cocaine and Alcohol. Further Look on the CNN program the FBI had me under surveillance in a Bloomingdales parking lot. Look closely at my Gold Lexus and You will see Britney Spears in my front seat with a Joint in her hand and a detonater with chemicals around my neck that will break if Spears pushed the button. Spears got the idea from Federline when Federline put explosives on Pizza Man wells in Erie PA. The Defendants Conspired to rob banks for 3 years.

2

From may 2001 until Feb 2003, I had a intimate relationship with Britney Spears at my Home in Holiday, FL. Britney was pregnant 3 times by me and I had to commit bank theft to pay the abortions. This was against my will. I obey all laws of the land, I was under Britneys spell that I could not Break

### TRO Temporary Restraining order

Britney Spears has a summer home in Savannah and plans to come to FCI Williamsburg and make me rob other inmates commissary to pay for abortion for Federline. I'm in danger. I'm still cold and hungry. I Should me the one in society and Britney Spears should be at FCI Williamsburg. Britney Spears plans to hitch a ride with O.J. Simpson who is also in Rout to destroy my chemistry. Plaintiff prays for relief.

Respectfully
Submitted

Jonathan Lee Riches

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400